UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14bk08950 |
| SHIRLEY T. SHERROD MD | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO JOHN H REDFIELD, ATTORNEY FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 38,064.00 | TOTAL COSTS REQUESTED: | $ 1,520.14 |
| TOTAL FEES REDUCED: | $ 2,496.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 35,568.00 | TOTAL COSTS ALLOWED: | $ 1,520.14 |

TOTAL FEES AND COSTS ALLOWED: $ 37,088.14

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   **No Benefit to the Estate – TOTAL of disallowed amounts: $ 2,496.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). The work done on continued prosecution of the injunction adversary after the court had ruled to modify the stay so as to not restrain the creditor did not benefit the estate.

Dated: _____ , 2014

Timothy A. Barnes
United States Bankruptcy Judge
-9 JUL 2014

# CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle - Suite 3705
Chicago, IL 60603

Ph:312-641-6777          Fax:312-641-7114

Shirley Sherrod, M.D.                                                         June 11, 2014
2631 S. Indiana, Unit 1911
Chicago, IL 60616

File #:    12551
**Attention:**                                                                Inv #:

RE:    Chapter 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-27-14 | Conference w/client re: assets, liabilities, lawsuit, appeal, and prior bankruptcy. | 1.90 | 741.00 | JHR |
| | Conference w/client re: Chapter 11 procedures, credit counseling, DIP responsibilities, and pending appeal. | 0.60 | 234.00 | JHR |
| Mar-06-14 | Telephone conference w/client re: appeal and filing case. | 0.20 | 78.00 | JHR |
| Mar-10-14 | Conference w/client re: preparing schedules, and reviewing documents for preparation. | 2.30 | 897.00 | JHR |
| Mar-11-14 | Telephone conference w/client re: creditor list and payments to creditors. | 0.20 | 78.00 | JHR |
| Mar-12-14 | Telephone conference with Michael Turco re: trial, appeal issues, preferences, if any, and retirement account of Debtor. | 0.30 | 117.00 | JHR |
| | Telephone conference w/client re: appellate bond, state court proceeding, chapter 13 case, appeal, and other legal matters. | 0.30 | 117.00 | JHR |
| | Drafting of list of creditors, petition and list of 20 largest. | 0.60 | 234.00 | JHR |
| Mar-13-14 | Drafting of petition, review of prior chapter 13 proceeding, phone client re: creditor list. | 0.70 | 273.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample              Page   2                              June 11, 2014

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| | Research motion for relief from automatic stay regarding appeal. | 0.70 | 273.00 | JHR |
| | Research cases on chapter 11 as substitute for a supersedeas bond. | 1.10 | 429.00 | JHR |
| | Review of Michigan appellate decision. | 0.60 | 234.00 | JHR |
| | Telephone conference with Denise of UST office re: issues in case. | 0.20 | 78.00 | JHR |
| | Review of objections to pension in Chapter 13. | 0.70 | 273.00 | JHR |
| Mar-14-14 | Telephone conference w/client re: bond, stay and injunction. | 0.60 | 234.00 | JHR |
| | Drafting of motion to modify stay including review of case law re: appeal by Debtor. | 1.90 | 741.00 | JHR |
| | Correspondence to client re: initial debtor interview, 341 meeting and DIP responsibilities. | 0.50 | 195.00 | JHR |
| Mar-17-14 | Research supersedeas bond as property of the estate and bond disposition on remand and authority of the court to maintain it on remand. | 0.70 | 273.00 | JHR |
| | Telephone conference w/client re: appeal bond situation and injunction. | 0.20 | 78.00 | JHR |
| | Telephone conference with Turco re: bond situation in State Court and proceedings. | 1.00 | 390.00 | JHR |
| | Telephone conference with Edwin Conger re: pension and federal litigation. | 0.20 | 78.00 | JHR |
| | Telephone conference with trial attorney, appellate attorney, client and pension attorney. | 0.20 | 78.00 | JHR |
| | Review of Sherman's motion to proceed against bond, memorandum, exhibits and review of two appeals. | 1.20 | 468.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample               Page   3                              June 11, 2014

|          |                                                                                      |      |        |     |
|----------|--------------------------------------------------------------------------------------|------|--------|-----|
|          | Drafting of complaint to enjoin Sherman and bonding company.                         | 0.80 | 312.00 | JHR |
| Mar-18-14 | Correspondence to bonding company re: automatic stay.                               | 0.30 | 117.00 | JHR |
|          | Drafting of certification emergency                                                  | 0.30 | 117.00 | JHR |
|          | Drafting of complaint for injunction and motion for TRO and preliminary injunction.  | 1.10 | 429.00 | JHR |
|          | Drafting of application for emergency motion.                                        | 0.70 | 273.00 | JHR |
|          | Research section 105 and supersedeas bonds.                                          | 0.60 | 234.00 | JHR |
| Mar-19-14 | Telephone conference with Judge's Chambers re: emergency motion application.        | 0.20 | 78.00  | JHR |
|          | Drafting of application for emergency.                                               | 0.20 | 78.00  | JHR |
|          | Email to Mike Turco re: emergency motion and creditors motion.                       | 0.30 | 117.00 | JHR |
|          | Drafting of motion to modify stay and order re: appeal.                              | 1.20 | 468.00 | JHR |
|          | Telephone conference with Gib Paytor, attorney for surety.                           | 0.20 | 78.00  | JHR |
|          | Review of state court brief filed by Sherrod's attorney.                             | 0.30 | 117.00 | JHR |
|          | Telephone conference with Mike Turco re: brief and supersedeas bond on remand when no damages | 0.30 | 117.00 | JHR |
|          | Email to client re: TRO hearing.                                                     | 0.20 | 78.00  | JHR |
|          | Review of Sherman's response to TRO.                                                 | 0.40 | 156.00 | JHR |

# CRANE, HEYMAN, SIMON, WELCH & CLAR

| Invoice #: Sample | Page 4 | June 11, 2014 |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-20-14 | Court appearance re: arguments on motion for temporary restraining order. | 2.10 | 819.00 | JHR |
| | Email to client and state court attorney re: court result and further proceeding. | 0.30 | 117.00 | JHR |
| | Telephone conference with Attorney Novak re: substitution of party re: bonding company. | 0.20 | 78.00 | JHR |
| | Telephone conference with Turco re: court, continued proceedings and information. | 0.30 | 117.00 | JHR |
| | Telephone conference w/client re: court and additional proceedings. | 0.30 | 117.00 | JHR |
| Mar-24-14 | Review of letter and affidavit from pension administrator regarding bond and pension withdrawal. | 0.30 | 117.00 | JHR |
| | Email to Colleen McManus re: hearing dates. | 0.20 | 78.00 | JHR |
| | Telephone conference with Chambers re: motion to modify. | 0.10 | 39.00 | JHR |
| | Telephone conference w/client re: second trial, bond security, pension, and real estate valuations. | 0.60 | 234.00 | JHR |
| Mar-25-14 | Email to Novak re: motion to substitute. | 0.20 | 78.00 | JHR |
| | Drafting of motion to substitute defendant. | 0.30 | 117.00 | JHR |
| | Review of motion to modify by Sherman. | 0.30 | 117.00 | JHR |
| | Drafting of returns of summons. | 0.30 | 117.00 | JHR |
| Mar-26-14 | Preparation for initial debtor interview including review of DIP package and schedules with client. | 1.00 | 390.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| | | | | | |
|---|---|---|---|---|---|
| Invoice #: Sample | | Page 5 | | | June 11, 2014 |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Telephone conference with Mike Turco re: automatic stay and his employment. | 0.30 | 117.00 | JHR |
| Mar-27-14 | Drafting of schedules and SOFA. | 2.10 | 819.00 | JHR |
| | Telephone conference w/client re: drafting of schedules. | 0.40 | 156.00 | JHR |
| | Review of former chapter 13 schedules and proceedings. | 0.30 | 117.00 | JHR |
| Mar-28-14 | Telephone conference w/client re: arguments available for bond. | 0.30 | 117.00 | JHR |
| Mar-31-14 | Telephone conference w/client re: bond, automatic stay, pension interest and constructive trust. | 0.30 | 117.00 | JHR |
| | Telephone conference with Edwin Conger re: bond proceeding vis a vis pension administrator, which was source of bond. | 0.30 | 117.00 | JHR |
| | Review of Sherman's response to motion of Debtor to modify. | 0.30 | 117.00 | JHR |
| | Email to Edwin Conger re: pleadings on bond. | 0.20 | 78.00 | JHR |
| Apr-01-14 | Telephone conference w/client re: objection to our motion and for leave to appeal TRO. | 0.30 | 117.00 | JHR |
| | Email to client re: leave to appeal. | 0.10 | 39.00 | JHR |
| | Court appearance re: motion for relief from stay to appeal and Sherman's motion for relief, status and argument. | 1.10 | 429.00 | JHR |
| | Email to state court attorneys and client re; results in court on motions for relief from stay. | 0.30 | 117.00 | JHR |
| | Email to Edwin Conger re; his letter and position of the pension vis a vis the bond. | 0.30 | 117.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample               Page   6                              June 11, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Email to Turco re: modify stay and stay against professional corporation, if any. | 0.30 | 117.00 | JHR |
|  | Email to Attorney Granzotto re: employment regarding appeal. | 0.30 | 117.00 | JHR |
| Apr-02-14 | Telephone conference w/client re: automatic stay and future proceedings. | 0.80 | 312.00 | JHR |
| Apr-03-14 | Telephone conference w/client re: pension and bond disposition. | 0.30 | 117.00 | JHR |
|  | Telephone conference with Edwin Conger re: bond and pension claim. | 0.20 | 78.00 | JHR |
|  | Telephone conference w/client re: bond and future proceedings. | 0.20 | 78.00 | JHR |
| Apr-04-14 | Review of bonding company's letter to Edwin Conger re: position on bond and collateral agreement. | 0.20 | 78.00 | JHR |
|  | Telephone conference with Mark Granzotto re: employment issues on appeal and prospects of appeal. | 0.60 | 234.00 | JHR |
|  | Telephone conference with Dave Shannon re: bond and pension. | 0.20 | 78.00 | JHR |
|  | Email to client re: DIP account. | 0.20 | 78.00 | JHR |
|  | Research for client re: authorized federal depositories, including Bank of America. | 0.30 | 117.00 | JHR |
|  | Drafting of motion to employ general bankruptcy counsel, order and affidavit. | 1.20 | 468.00 | JHR |
|  | Telephone conference w/client re: DIP account and conference call with Bank of America. | 0.30 | 117.00 | JHR |
| Apr-07-14 | Drafting of motion to employ special appellate counsel, order and affidavit of Granzotto. | 1.30 | 507.00 | JHR |

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Invoice #: Sample        Page   7                                June 11, 2014

|           | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|           | Telephone conference w/client re: 341 meeting and preparation. | 0.30 | 117.00 | JHR |
|           | Email to Mike Turco and Mark Granzotto re: affidavits to employ special counsel. | 0.30 | 117.00 | JHR |
| Apr-08-14 | Drafting of motion to employ special trial counsel for state court litigation, order and affidavit of Turco. | 1.30 | 507.00 | JHR |
|           | Telephone conference w/client re: DIP reporting and 341 meeting. | 0.20 | 78.00 | JHR |
|           | Telephone conference with Michael Turco re: employment as special counsel and trial issues for appeal. | 0.40 | 156.00 | JHR |
|           | Email to Granzotto re: affidavit and meaning. | 0.30 | 117.00 | JHR |
| Apr-09-14 | Preparation for 341 meeting. | 0.50 | 195.00 | JHR |
|           | Attendance at 341 meeting - client fainted, ambulance and conferences with attorneys. | 0.90 | 351.00 | JHR |
|           | Review of Denise DeLaurent's email and response. | 0.20 | 78.00 | JHR |
| Apr-10-14 | Email to Colleen McManus re: motion for 2004 exam. | 0.20 | 78.00 | JHR |
|           | Review of monthly operating report and email to client. | 0.30 | 117.00 | JHR |
|           | Telephone conference with Leroy Johnson re: pension administrator re: claim to the bond money and appeal. | 0.30 | 117.00 | JHR |
|           | Review of pension plan, seventh circuit appeal and record, orders, and transcripts. | 0.80 | 312.00 | JHR |
|           | Telephone conference w/client re: 341 meeting. | 0.20 | 78.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: Sample | Page 8 | | | June 11, 2014 |
|---|---|---|---|---|
| | Email to Denise DeLaurent re; 341 meeting. | 0.20 | 78.00 | JHR |
| | Telephone conference w/client re: 341 meeting. | 0.20 | 78.00 | JHR |
| Apr-11-14 | Telephone conference w/client re: physical condition and 341 meeting. | 0.10 | 39.00 | JHR |
| Apr-14-14 | Review of email from client and her legal analysis of Rule 2004. | 0.10 | 39.00 | JHR |
| | Email to client re: 341 meeting, health situation, residence, and other matters. | 0.30 | 117.00 | JHR |
| | Conference with Art Simon re: issues in case, chapter 13 case, bond, and Chapter 13 plan. | 0.50 | 195.00 | JHR |
| | Telephone conference w/client re: cousin's medical condition, client's medical condition, residency, 341 meeting and chapter 13 case. | 0.70 | 273.00 | JHR |
| | Review of chapter 13 plan. | 0.20 | 78.00 | JHR |
| Apr-15-14 | Drafting of motion and order to employ special appellate counsel. | 0.70 | 273.00 | JHR |
| | Telephone conference w/client re: status of case, 341 meeting, pending motions, medical condition and future proceedings. | 0.60 | 234.00 | JHR |
| | Email to Denise DeLaurent and Colleen McManus re: 341 meeting, medical condition and residency. | 0.40 | 156.00 | JHR |
| Apr-17-14 | Email to Michael Turco re: affidavit, bond, bond research and notice to bonding company. | 0.50 | 195.00 | JHR |
| | Research re: reversionary interest in appeal bond. | 0.30 | 117.00 | JHR |
| | Review of motion to dismiss and memorandum of Sherman. | 0.30 | 117.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample               Page   9                              June 11, 2014

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Conference w/client re: 341 meeting and health, bond, state court, and motion to dismiss injunction complaint. | 1.30 | 507.00 | JHR |
| Apr-21-14 | Telephone conference with Attorney Turco re: state court order and bond. | 0.20 | 78.00 | JHR |
| | Email to Attorney Pagter re: injunction complaint, answer and stipulation. | 0.30 | 117.00 | JHR |
| Apr-22-14 | Review of motion to modify and motion for 2004 exam. | 0.30 | 117.00 | JHR |
| | Preparation for Court re: motion to modify, special counsel motion and general counsel employment. | 0.40 | 156.00 | JHR |
| | Review of objection to hire special appellate counsel. | 0.30 | 117.00 | JHR |
| | Court appearance re: motion to dismiss complaint. | 1.40 | 546.00 | JHR |
| | Telephone conference with Attorney Matt Wilkens re: employment of Attorney Turco. | 0.20 | 78.00 | JHR |
| Apr-23-14 | Telephone conference w/client re: 2004 exam, pension, health, and state court proceedings. | 0.80 | 312.00 | JHR |
| | Court appearance re: motion for 2004 exam, employ Crane, Heyman, employment of appellate counsel and motion to modify stay. | 1.30 | 507.00 | JHR |
| | Telephone conference with James McAskin re: orders of the bankruptcy and effect on state court. | 0.50 | 195.00 | JHR |
| | Email pleadings to Detroit attorney re: appeal. | 0.20 | 78.00 | JHR |
| | <u>Researching of section 105 and response to motion to dismiss.</u> | <u>0.30</u> | <u>117.00</u> | <u>JHR</u> (1) No benefit to estate |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample                Page   10                                June 11, 2014

| Date | Description | Hours | Amount | Atty | Note |
|---|---|---|---|---|---|
| | Email to client re: court and 2004 order. | 0.10 | 39.00 | JHR | |
| | Telephone conference w/client re: court, 2004 exam and documents. | 0.30 | 117.00 | JHR | |
| | Telephone conference w/client re: order re: fugitive entitlement act, stay modification, appeal and other concerns. | 0.80 | 312.00 | JHR | |
| Apr-24-14 | Telephone conference with Mark Granzotto, Jim McAskin, Edwin Conger, Leroy Johnson and Shirley Sherrod re: jurisdiction of bankruptcy court stay pending appeal, employment, bond hearing, injunction proceeding in bankruptcy court and other matters | 1.30 | 507.00 | JHR | |
| | _Telephone conference w/client re: injunction proceedings and motion to dismiss_ | _0.20_ | _78.00_ | _JHR_ | (1) No benefit to estate |
| | _Research re: injunction and motion to dismiss_ | _0.40_ | _156.00_ | _JHR_ | (1) No benefit to estate |
| Apr-25-14 | _Drafting of response to motion to dismiss_ | _1.30_ | _507.00_ | _JHR_ | (1) No benefit to estate |
| | Email to client re: subpoena of Sherman | 0.20 | 78.00 | JHR | |
| | Email to Detroit attorney re: residency and incorrect statements by McNeill | 0.30 | 117.00 | JHR | |
| | _Drafting of response to motion to dismiss_ | _2.10_ | _819.00_ | _JHR_ | (1) No benefit to estate |
| Apr-28-14 | _Drafting of response to motion to dismiss_ | _1.60_ | _624.00_ | _JHR_ | (1) No benefit to estate |
| | Telephone conference w/client re: appeal of 2004 order | 0.20 | 78.00 | JHR | |
| Apr-30-14 | _Email to client re: response to motion to dismiss_ | _0.20_ | _78.00_ | _JHR_ | (1) No benefit to estate |
| May-05-14 | Correspondence to client re: 2004 document | 0.50 | 195.00 | JHR | |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: Sample | Page 11 | | | June 11, 2014 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | production and the consequences of not complying. | | | | |
| | Telephone conference w/client re: production of documents and subpoena. | 0.20 | 78.00 | JHR | |
| May-06-14 | Review of email from client regarding dismissal. | 0.10 | 39.00 | JHR | |
| | Review of answer filed by bonding company. | 0.20 | 78.00 | JHR | |
| | Email to client re: discovery requested in Sherman's letter. | 0.30 | 117.00 | JHR | |
| | Telephone conference w/client re: dismissal of chapter 11, possible objections and ramifications. | 0.50 | 195.00 | JHR | |
| | Correspondence to Colleen McManus re: her confusion between the employer ID No., Stationery/SS No., and improper allegations in Response. | 0.50 | 195.00 | JHR | |
| May-07-14 | <u>Review of reply re: motion to dismiss adversary.</u> | <u>0.30</u> | <u>117.00</u> | <u>JHR</u> | (1) No benefit to estate |
| | Drafting motion to dismiss. | 0.30 | 117.00 | JHR | |
| | Court appearance re: status on injunction complaint and chapter 11 case status and conference with Denise DeLaurent. | 1.90 | 741.00 | JHR | |
| May-08-14 | Telephone conference w/client re: plan and disclosure statement, and enforcement of judgment. | 0.90 | 351.00 | JHR | |
| | Review of Seventh Circuit decision re: pension. | 0.40 | 156.00 | JHR | |
| | Research enforcement of judgment in South Carolina against Debtor's real property. | 0.30 | 117.00 | JHR | |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| | | | | |
|---|---|---|---|---|
| Invoice #: Sample | Page 12 | | | June 11, 2014 |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-09-14 | Review of Sherman's motion for sanctions. | 0.30 | 117.00 | JHR |
| May-12-14 | Review of client's response to 2004 document request and detailed letter from client. | 0.30 | 117.00 | JHR |
| | Review of Sherman's objection to retirement accounts exemption. | 0.30 | 117.00 | JHR |
| | Review of retirement appeal record in the Circuit Court and documents. | 0.40 | 156.00 | JHR |
| | Telephone conference w/client re: 2004 production. | 0.40 | 156.00 | JHR |
| | Drafting of response to subpoena by Sherman. | 0.80 | 312.00 | JHR |
| May-13-14 | Drafting of response to subpoena. | 0.30 | 117.00 | JHR |
| | Review of numerous emails from client and attached legal references. | 0.40 | 156.00 | JHR |
| | Office conference w/client re: documents, medical condition, 341 meeting, dismissal and objection to pension exemption. | 1.70 | 663.00 | JHR |
| | Research time to object to exemption and as to when the 30-day period begins to run. | 0.30 | 117.00 | JHR |
| May-15-14 | Conference with Jeff Dan re: matters in court. | 0.30 | 117.00 | JHR |
| May-16-14 | Correspondence to Colleen McManus re: production of numerous retirement documents | 0.50 | 195.00 | JHR |
| | Review of Sherman's motion to subpoena numerous entities and individuals including attorneys and expert witnesses. | 0.30 | 117.00 | JHR |
| | Email to client re: 2004 and IRS form 4506. | 0.20 | 78.00 | JHR |
| May-19-14 | Review of email from client with directions on how to proceed legally. | 0.10 | 39.00 | JHR |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of motion to compel tax returns, order and 50 pages of exhibits. | 0.40 | 156.00 | JHR |
|  | Telephone conference with Colleen McManus re: 2004 discovery. | 0.20 | 78.00 | JHR |
|  | Email to client re: motion to compel tax returns and statement regarding duty to produce | 0.20 | 78.00 | JHR |
| May-20-14 | Telephone conference with Michael Bartolic re: attorney-client privilege and substance of pension plan. | 0.20 | 78.00 | JHR |
|  | Review of email from client and email to client re: withdrawal from case as her attorney. | 0.10 | 39.00 | JHR |
|  | Drafting of motion, order and notice to withdraw as attorney. | 0.80 | 312.00 | JHR |
|  | Telephone conference with Colleen McManus re: discovery and withdrawal. | 0.20 | 78.00 | JHR |
| May-21-14 | Court appearance re: Sherman's motion to compel 2004 compliance, 2004 of third parties conferences and with Merrill Lynch attorney, Sherman's attorneys, UST and Mr. Conger between sessions. | 2.30 | 897.00 | JHR |
|  | Email to client re: motion in court and comments of Judge re: Sanction Motion | 0.30 | 117.00 | JHR |
|  | Telephone conference w/client re: dismissal v. conversion, summary of court on 5/21/14, dismissal, withdraw; new attorney, and medical condition. | 0.50 | 195.00 | JHR |
| May-22-14 | Telephone conference w/client re: motion for sanctions, dismissal v. conversion, motion to dismissal, monthly operating report, motion to withdraw and medical issue. | 0.50 | 195.00 | JHR |
|  | Telephone conference w/client re: fees, research pending matters. | 0.50 | 195.00 | JHR |
| May-23-14 | Email to Turco re: employment and new affidavit. | 0.30 | 117.00 | JHR |
| May-27-14 | Telephone conference w/client re: pension plan, dismissal, new attorney, health issues, responses and continuances. | 0.40 | 156.00 | JHR |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample                Page 14                          June 11, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Research attorney-client privilege re: production of retainer check. | 0.90 | 351.00 | JHR |
| May-28-14 | Review of objection to withdraw, appoint of trustee and rule to show cause and their motion for a TRO. | 1.00 | 390.00 | JHR |
|  | Telephone conference w/client re: motions in court. | 0.20 | 78.00 | JHR |
|  | Court appearance re: motion to withdraw, appoint trustee, TRO (theirs), complaint for TRO (ours), discovery motion. | 1.80 | 702.00 | JHR |
|  | Correspondence to client re: status of proceedings, deadlines and court dates. | 0.50 | 195.00 | JHR |
| Jun-10-14 | Drafting of application for fees and costs, including review and categorizing time records. | 2.00 | 780.00 | JHR |
|  | Totals | 97.60 | $38,064.00 |  |

**DISBURSEMENTS**                                     **Disbursements**        **Receipts**

| | | | |
|---|---|---|---|
| Mar-13-14 | United States Bankruptcy Court - Filing Fee Chapter 11 Case | 1,213.00 | |
| Mar-25-14 | United States Bankruptcy Court - Filing Fee Motion For Relief From Stay | 176.00 | |
|  | Postage - Summons & Complaint (3 x $5.23) | 15.69 | |
|  | Postage - Motion to Modify (5 x $1.19) | 5.95 | |
| May-20-14 | Postage - Motion to Withdaw of Counsel (19 x $0.69) | 13.11 | |
| May-29-14 | Postage - Correspondence to Client (1 x $0.69) | 0.69 | |

## CRANE, HEYMAN, SIMON, WELCH & CLAR

| | | | |
|---|---|---|---|
| Invoice #: Sample | Page 15 | | June 11, 2014 |

| | | | |
|---|---|---|---|
| Jun-03-14 | Postage - Motion to Quash Subpoena (10 x $1.40) | 14.00 | |
| Jun-10-14 | Photocopies - 817 copies @ $0.10/per copy | 81.70 | |
| | Totals | $1,520.14 | $0.00 |
| | **Total Fees & Disbursements** | | $39,584.14 |
| | Previous Balance | | $0.00 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | $39,584.14 |